UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 24, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALGERNON TAMASOA,

Defendant.

Case No. 2:15-cr-00124-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALGERNON TAMASOA ,

Case No.  2:15-cr-00124-JAM  Charge 21 USC §§ 846, 841(a)(1), 21 USC § 843(b) ,

from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $   $100,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): Terms and conditions stated on the record.

Issued at Sacramento, California on June 24, 2015 at 2:55 PM

By: _____

Magistrate Judge Kendall J. Newman