KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ALGERNON TAMASOA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-CR-00124-KJM |
| | 15-CR-00209-GEB |
| Plaintiff, | |
| | STIPULATION AND |
| v. | [PROPOSED] ORDER REGARDING |
| | CONDITIONS OF PRETRIAL RELEASE |
| ALGERNON TAMASOA, | |
| | Date: n/a |
| | Time: n/a |
| Defendants. | Judge: Honorable Deborah Barnes |

In the matter at bar, Defendant seeks to temporarily alter the Court's previously issued Pretrial Release Order issued by the Hon. Carolyn K. Delaney on October 16, 2015.

Mr. Tamasoa's brother passed away over the Labor Day Weekend a year ago. As is traditional in his Samoan community, there is a memorial church service celebrating his life, a tombstone memorial and a reception following. The services and festivities are in Long Beach where Mr. Tamasoa's brother lived. He seeks to accompany his mother, sisters, wife and children to the services, viewing and reception. Last year due to his pending criminal matter he did not go to the funeral for his brother. He will be staying with his family at the Long Beach Marriott hotel while out of the Sacrament area and the intention is to drive to save monies.

1

In order to go to the weekend memorial, he seeks to be allowed to travel with his family to Long Beach, on Friday, September 2, 2016 at 3:00 pm and return to the Sacramento area on September 5, 2016 by 8:00pm. To that end, special condition #5 – restricting travel to only the Eastern District of California, needs to be modified to allow him to travel to Long Beach for the service. In addition, the monitoring condition #13, needs to be temporarily modified (giving him a pass over the Labor Day weekend from 3pm on Friday to 8pm on Monday to attend the services and suspending his curfew from Friday to Monday at 8:00pm.)

Mr. Tamasoa's pretrial services officer, Renee Basurto, has indicated that he has been in compliance with the terms of his pretrial release for the past 15 months. She has no objection to the travel this weekend or the temporary relief from his monitoring and curfew conditions. Counsel for the government, AUSA's Richard Bender and Justin Lee have also indicated that they have no objection to the requested temporary modifications and relief.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Richard Bender and Justin Lee, Assistant United States Attorneys, attorneys for plaintiff and Kyle Knapp, attorney for defendant Algernon Tamasoa; that Special Conditions of Release Nos. 5 and 13 be modified to allow him to travel from Sacramento to Long Beach at 3pm September 2, 2016, for his brother's memorial services and mandating a return to Sacramento on September 5, 2016 by 8pm..

All other terms and conditions of release remain in place.

IT IS SO STIPULATED.

Dated: September 1, 2016							PHILLIP A. TALBERT
											UNITED STATES ATTORNEY

										by:	/s/ Richard Bender
											RICHARD BENDER
											Assistant U.S. Attorney
											Attorney for Plaintiff

Dated: September 1, 2016							PHILLIP A. TALBERT
											UNITED STATES ATTORNEY

										by:	/s/ Justin Lee

|   |   |
|---|---|
| | JUSTIN LEE |
| | Assistant U.S. Attorney |
| | Attorney for Plaintiff |
| Dated: September 1, 2016 | /s/ Kyle R. Knapp |
| | KYLE KNAPP |
| | Attorney for Defendant |
| | ALGERNON TAMASOA |

### [~~PROPOSED~~] ORDER

The Stipulation of the parties is hereby accepted and Mr. Tamasoa is hereby relieved of Special Condition of Release No. 13, mandating that he be subject to monitoring or curfew restrictions between September 2, 2016 at 3pm to September 5, 2016 at 8pm. Special Condition No. 5 is also temporarily modified to allow him to travel to Long Beach, outside of the Eastern District, during the same time period.

**IT IS SO ORDERED.**

Dated: 9-2-16

HON. DEBORAH BARNES
United States Magistrate Judge