McGREGOR W. SCOTT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALGERNON TAMASOA,<br><br>Defendant. | CASE NO. 2:15-CR-00124-KJM<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on October 15, 2020. Docket No. 258. Pursuant to Local Rule, the government's response is due on October 22, 2020, with any reply from the defendant due on October 26, 2020.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before October 29, 2020;

        b)      The defendant's reply to the government's response to be filed on or before November 5, 2020.

IT IS SO STIPULATED.

Dated: October 21, 2020　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ AARON D. PENNEKAMP
　　　　　　　　　　　　　　　　　　　　AARON D. PENNEKAMP
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: October 21, 2020　　　　　　　　　/s/ JOHN BALAZS
　　　　　　　　　　　　　　　　　　　　JOHN BALAZS
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　ALGERNON TAMASOA

### FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)      The government's response to the defendant's motion, Docket No. 258, is due on or before October 29, 2020;

    b)      The defendant's reply to the government's response, if any, is due on November 5, 2020.

IT IS SO FOUND AND ORDERED this 21st day of October, 2020.

                                                  CHIEF UNITED STATES DISTRICT JUDGE